JOHN BELL
Trustee in Bankruptcy
P.O. Box 950
Woodbridge, CA 95258
Telephone (209) 339-9345

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re, ) Chapter 7
) Case No. 13-34790 BSR
Stucker, Ronald Lee )
)
Stucker, Marcine Ann ) **WITHDRAWAL OF DOCUMENT**
)
       Debtors )

TO THE CLERK:

    John Bell, Chapter 7 Trustee herein ("Trustee"), respectfully requests that the Trustee's Report of No Distribution ("NDR") docketed on or about January 16, 2014 be withdrawn. It was filed in error.

Dated: January 21, 2014

                                                      /s/ John Bell
                                                      Chapter 7 Trustee