**Number of Pages: 2**
RUSSELL W. REYNOLDS #138075
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Wells Fargo Bank, National
Association

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>RONALD LEE STUCKER,<br>MARCINE ANN STUCKER,<br><br>            Debtor(s). | NO.   13-34790-D-7<br>Chapter 7<br><br>DC No.: RWR-1 |
| WELLS FARGO BANK, NATIONAL<br>ASSOCIATION,<br><br>            Movant,<br><br>v.<br><br>RONALD LEE STUCKER; MARCINE<br>ANN STUCKER; JOHN BELL, Chapter 7<br>Trustee,<br><br>            Respondents. | DATE:    March 5, 2014<br>TIME:    10:00 a.m.<br>DEPT:    D<br>CTRM:   34<br>LOCATION:   Robert T. Matsui<br>                    Courthouse<br>                    501 I Street<br>                    Sacramento, CA<br><br>Honorable Robert S. Bardwil |

### <u>MOTION OF WELLS FARGO BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY</u>

     Wells Fargo Bank, National Association, by and through its attorney of record, hereby moves this court for an order granting relief from the automatic stay so it may enforce its remedies against the subject real property under applicable non-bankruptcy law.  Specifically, Movant seeks to foreclose its Deed of Trust on real property located in Solano County, California, commonly known as 1701 Broadway Street, Vallejo, California 94589 and bearing

/ / /

1  Assessor's Parcel No. 0052-172-160.  Movant also requests that the court waive the fourteen (14)

2  day stay provided for by Federal Rule of Bankruptcy Procedure 4001(a)(3).

3       On or about March 21, 2007, the Debtors, Ronald L. Stucker and Marcine Stucker made,

4  executed and delivered to Movant's predecessor in interest, Greater Bay Bank, N.A. (SBA

5  Lending) a written Promissory Note (the "Note") in the sum of Six Hundred Twenty-five

6  Thousand Dollars ($625,000.00).   The Note was secured by a first Deed of Trust on property

7  commonly known as 1701 Broadway Street, Vallejo, California 94589 bearing Assessor's Parcel

8  No. 0052-172-160.  The property is legally described in Exhibit "A" to the Deed of Trust.  The

9  Note is in default and next due for the November 5, 2013 payment and each and every payment

10  that has become due thereafter.  There is due, owing and unpaid the principal sum of Five

11  Hundred Fifty-seven Thousand Three Hundred Twenty-five Dollars and Twenty-two Cents

12  ($557,325.22) and interest accrues on that sum in the amount of One Hundred Ten Dollars and

13  Eighty-five Cents ($110.85) per day.  According to the Debtors' Schedule D, the property is also

14  encumbered by a second Deed of Trust that secures a debt in the approximate amount of Four

15  Hundred Fifty-one Thousand Dollars ($451,000.00).

16       Movant submits that good cause exists to grant relief from the automatic stay as

17  contemplated by 11 U.S.C. Section 362(d)(1) as the Debtors are in default under the terms of the

18  Note.

19       Movant submits that good cause exists to grant relief from the automatic stay as

20  contemplated by 11 U.S.C. Section 362(d)(2) as there is no realizable equity in the subject

21  property and as this is a Chapter 7, reorganization is not contemplated.

22

23                   Respectfully submitted,

24                   COLEMAN & HOROWITT, LLP

25

  Dated:   January 23, 2014.        By:   /s/ Russell W. Reynolds

26                   RUSSELL W. REYNOLDS

                    Attorneys for Wells Fargo Bank, National

27                   Association

28