**Number of Pages: 3**
RUSSELL W. REYNOLDS #138075
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Wells Fargo Bank, National Association

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>RONALD LEE STUCKER,<br>MARCINE ANN STUCKER,<br><br>                Debtor(s). | NO.   13-34790-D-7<br>Chapter 7<br><br>DC No.: RWR-1 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>                Movant,<br><br>v.<br><br>RONALD LEE STUCKER; MARCINE ANN STUCKER; JOHN BELL, Chapter 7 Trustee,<br><br>                Respondents. | DATE:    March 5, 2014<br>TIME:    10:00 a.m.<br>DEPT:    D<br>CTRM:    34<br>LOCATION:    Robert T. Matsui Courthouse<br>501 I Street<br>Sacramento, CA<br><br>Honorable Robert S. Bardwil |

**<u>NOTICE OF HEARING IN SUPPORT OF MOTION OF WELLS FARGO BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY</u>**

**TO:    THE DEBTORS, RONALD LEE STUCKER, MARCINE ANN STUCKER; STEPHEN N. MURPHY, THEIR ATTORNEY OF RECORD AND JOHN BELL, CHAPTER 7 TRUSTEE:**

      PLEASE TAKE NOTICE that on March 5, 2014, at 10:00 a.m. in Department D of the United States Bankruptcy Court located at 501 I Street, Sacramento, California, the undersigned counsel for Wells Fargo Bank, National Association ("Secured Creditor" or "Movant") will bring

on for hearing its motion for relief from the automatic stay pursuant to 11 U.S.C. Section 362(d), before the Honorable Robert S. Bardwil. Secured Creditor is seeking an order terminating the automatic stay permitting Secured Creditor to foreclose its Deed of Trust on real property located in Solano County, California, commonly known as 1701 Broadway Street, Vallejo, California 94589 and bearing Assessor's Parcel No. 0052-172-160.

PLEASE TAKE FURTHER NOTICE that Secured Creditor is also seeking a waiver of the fourteen (14) day stay provided for by Federal Rule of Bankruptcy Procedure 4001(a)(3).

This motion is being filed pursuant to Local Rule 9014-1(f)(1). Opposition, if any, to the granting of the motion shall be in writing and shall be served and filed with the Clerk of the Court, on the undersigned, and Chapter 7 Trustee and any other party requesting special notice by the responding party at least fourteen (14) calendar days preceding the date or continued date of the hearing. Opposition, if any, shall be served upon the following:

| | |
|---|---|
| Russell W. Reynolds<br>Movant's Attorney<br>499 W. Shaw Ave., Ste. 116<br>Fresno, California 93704 | John Bell<br>Chapter 7 Trustee<br>P. O. Box 950<br>Woodbridge, CA 95258 |

Opposition shall be accompanied by evidence establishing its factual allegations. A responding party who has no opposition to the granting of the motion may serve and file a statement to that effect, specifically designating the motion in question. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions.

UNLESS WRITTEN OPPOSITION AND SUPPORTING EVIDENCE IS FILED WITH THE CLERK AND SERVED ON THE MOVING PARTY, THE COURT MAY RESOLVE THE MATTER WITHOUT ORAL ARGUMENT.

This motion will be based on this Notice of Motion, the Motion, Memorandum of Points and Authorities and Declaration of Dorothy M. Koster served and filed herewith, and on all of

1  the records and documents filed in the above-entitled matter and on such oral and documentary

2  evidence as may be presented at the hearing on the motion.

3

4                                          Respectfully submitted,

5                                          COLEMAN & HOROWITT, LLP

6  Dated:  January 23, 2014.              By:   /s/ Russell W. Reynolds
7                                                 RUSSELL W. REYNOLDS
                                                  Attorneys for Wells Fargo Bank, National
8                                                 Association

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28