3

John Bell, Trustee
P.O. Box 950
Woodbridge, CA 95258
Phone (209) 339-9345

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re:
STUCKER, RONALD LEE
STUCKER, MARCINE ANN

Debtor(s)

Case No. 13-34790-D-7

DCN: JEB-001

## NOTICE OF INTENT TO SELL EQUITY IN ASSETS

NOTICE IS GIVEN that the Trustee, John Bell, has filed this NOTICE OF INTENT TO SELL EQUITY IN ASSETS in the above-entitled proceeding.

GROUNDS: The Trustee has determined that potential non-exemptible equity exists in debtor's interest in a scheduled asset. The asset is listed as an interest in a LLC named as "Stucker Enterprises Inc." The debtor wishes to purchase the equity in this asset and is willing to buy back the equity for $4,500.00. This is the approximate assessed value of said equity based on researched appraisals and costs of sale. (The entity has a scheduled debtor exemption of $10,000.00 included in the value). The debtor has completed payment and the funds are now held by the estate.

The Trustee feels this is fair to all concerned. All other exemptions will stand as noted in the debtors' petition.

BE ADVISED that you have the right to object to this agreement by serving written notice on the Clerk of the United States Bankruptcy Court, 501 I Street, Sacramento, California, 95814. You must also serve notice on Trustee John Bell, P.O. Box 950, Woodbridge, CA 95258. Any objections to the Trustee's Intent must be filed on or before July 14, 2014. If an objection is filed, a Court hearing will be heard before the Honorable Robert S. Bardwil, Bankruptcy Judge.

hearing would be held in Sacramento, California and you will be advised of the date and time to appear. If there are no objections, the agreement will be approved.

Local Rule 9014 of the United States Bankruptcy Court for the Eastern District of California prescribes the procedures to be followed and any objections to the requested relief, or a request for hearing on this matter must be filed and served on the undersigned within twenty one days from the mailing of this notice.

Furthermore, the request for hearing or objection must be accompanied by any declaration or memoranda of law that the party objecting or requesting wishes to present in support of its position. If there is not a timely objection to the proposed sale, or a request for hearing, the Trustee will file his Report of Sale with the Court.

Not all information on file with the Court in this case or set forth in the motion is set forth in this notice, and any interested party desiring further particulars, may review the Court's file in this case or the motion, at the Office of the Clerk, U.S. Courthouse, 501 I Street, Sacramento, CA 95814.

Date: 6/22/2014　　　　　　　　/s/ John Bell

　　　　　　　　　　　　　　　　JOHN BELL