Filed 07/21/14 — Case 13-34790 — Doc 33

John Bell, Trustee in Bankruptcy
P.O. Box 950
Woodbridge, CA  95258
(209) 339-9345

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In re: | CHAPTER 7 PROCEEDING |
|---|---|
| STUCKER, RONALD LEE<br>STUCKER, MARCINE ANN<br><br>Debtor(s) | Case No.   13-34790-D-7<br>Date:<br>Time:<br>Dept: |

REPORT OF SALE

On June 22, 2014, the Trustee served notice of all creditors that an agreement had been made to allow the debtor (s). to purchase non exempt equity in a debtor maintained Limited Liability Corporation. All funds have been received by the estate.

The last day for opposition or request for hearing to be filed was July 14, 2014.

The Trustee did not receive any request for hearing or opposition to sale. Pursuant to the Notice dated, June 22, 2014, said sale is considered consummated.

I declare under penalty that the foregoing is true and correct.

Dated: July 21, 2014

/s/ John Bell
John Bell, Bankruptcy Trustee