



Michael C. Mansell
1701 Broadway Street
Vallejo, CA 94589

Tuesday, April 17th, 2018

United States Bankruptcy Court
Eastern District of California
The Honorable Robert S. Bardwil
501 I Street #3-200
Sacramento, CA 95814

RE:     Chapter 7 Case **13-34790**
            Ronald Lee Stucker and Marcine Ann Stucker

Judge Bardwil:

My name is Michael C. Mansell, and I was employed by <u>Ronald Lee Stucker</u> at his business <u>Vallejo Floor Company</u> during the time-period in 2013 when he and his wife Marcine were in the process of preparing and filing for personal (chapter 7) bankruptcy.

Mr. Stucker was recently arrested and is presently awaiting trial (as defendant to Solano County case VCR231631 *People vs. Ronald Lee Stucker* and as co-defendant to Solano VCR231630 *People vs. Debbie Mansell*) for felony sex crimes (including multiple counts of copulation and oral copulation with a child) that he committed against myself in my youth (preceding the bankruptcy filing).

As part of the investigative process for Mr. Stucker's criminal sexual case, there has been new discussion about Mr. and Mrs. Stucker's bankruptcy filing and certain fraudulent activity and conduct that I do not believe you (as the judge overseeing the filing) were privy to at the time.

Prior to Mr. and Mrs. Stucker filing bankruptcy in November of 2013, Ronald consulted with private attorneys (in late 2012 through early 2013) regarding his troubled real-estate investment (commercial real property and a triplex residential rental property located at 1701-1713 Broadway Street, Vallejo) as well as his high debt-servicing load (including a commercial line of credit with Citibank).

Mr. Stucker advised me, as a "friend" and employee, that after discussing matters with his attorney he intended to form a California corporation (Stucker Enterprises, Inc.) to spin-off his sole-proprietorship (Vallejo Floor Company) into to allow him to continue business during and post-bankruptcy. Mr. Stucker also informed me that he had been advised that during the bankruptcy process the judge, trustee, and creditors would only look back at a six-month window preceding the bankruptcy filing, and that any activity prior to that six-month window was, so to speak, fair game.

In the six- to twelve-month window preceding Mr. and Mrs. Stucker filing for personal bankruptcy in November of 2013, Mr. Stucker opened several new credit cards and used several new and existing credit cards in manners that I feel were blatantly fraudulent.

Mr. Stucker first began taking advantage of "pre-approved" credit card offers, etc. to obtain and utilize new credit after he had already committed himself to filing for personal bankruptcy. At one point, I recall Mr. Stucker bragging to me that he had obtained a Citi AAdvantage credit card while his commercial line of credit with Citibank was severely delinquent.

On other occasions, Mr. Stucker provided to me pertinent information (including his social security number and financial information) and instructed me to apply for a multitude of credit cards on his behalf. **I specifically recollect obtaining new credit cards for Mr. Stucker from creditors including American Express, Bank of America, Discover, Elan Financial / Westamerica Bank, Chase, State Farm Bank, USAA, and US Bank prior to Mr. and Mrs. Stucker filing for personal bankruptcy.**

Should you choose to investigate this matter, you will discover that Mr. Stucker would often-times use credit and borrowing privileges from these credit cards to **run the credit cards through his own credit card terminal and merchant services account** to convert available credit card credit into cash. This cash was then held (off of the balance-sheet) in his commercial (sole proprietorship and later corporate) bank accounts. Mr. Stucker maintained a ledger, in Microsoft Excel format on his business computer, to keep track of off-balance-sheet funds obtained through his credit card scheme. I recall this Excel workbook being titled along the lines of "Ron's Personal Funds on Deposit at Stucker Enterprises", and I recall Mr. Stucker using the funds for, among other things, paying down priority income-tax related debts during the bankruptcy process.

If I can be of any assistance or provide to you any more information, please feel free to contact me via telephone (707-553-3543), facsimile (541-460-5159), or e-mail (michael.mansell@protonmail.com).

Kindest regards,

*Michael C. Mansell*
Michael C. Mansell

CC:  John Bell, Trustee
     P.O. Box 950
     Woodbridge, CA 95258
     Via E-Mail: jbell.usbktrustee@yahoo.com